IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIANJUN XIE, et al.,

    Plaintiffs,

v.

OAKLAND UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. C 12-02950 CRB

**JUDGMENT**

The Court, having granted Defendants' Motions to Dismiss, enters judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 5, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2950\Judgment.wpd